**ORDERED in the Southern District of Florida on August 17, 2026.**

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re: CASE NO. 25-14217-RAM
CHAPTER 13

THEODORE G. BORREGO and
VERONICA PAZ BORREGO,

Debtors.
_________________________________/

ENGINEERED COMFORT SYSTEMS, INC.,

Plaintiff,

vs. ADV. PROC. NO. 25-01323-RAM

THEODORE G. BORREGO and
VERONICA PAZ BORREGO

Defendants.
_________________________________/

**ORDER (1) SETTING FILING DEADLINES AND HEARING BY VIDEO CONFERENCE ON PLAINTIFF'S SUMMARY JUDGMENT MOTION AND DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS; AND (2) RESETTING PRETRIAL CONFERENCE**

The Court has reviewed the Plaintiff Engineered Comfort Systems, Inc.'s Motion for Summary Judgment Against Defendant Theodore Borrego [DE# 8] (the "Plaintiff's Summary Judgment Motion") and the Defendants' Motion for Judgment on the Pleadings [DE# 10] (the "Defendants' Motion for Judgment on the Pleadings") and determined that a hearing by video conference should be scheduled and deadlines imposed. Therefore, it is **ORDERED** as follows:

1. The Court will conduct a hearing on the Plaintiff's Summary Judgment Motion and the Defendants' Motion for Judgment on the Pleadings on **November 3, 2026**, at **10:00 a.m.** The hearing will be conducted by video conference using the services of Zoom Video Communications, Inc.

2. For instructions regarding the video conference, please refer to the General Procedures for Hearings By Video Conference on Judge Mark's web page on the Court's website, https://www.flsb.uscourts.gov/judges/judge-robert-mark

3. To participate in the hearing remotely via Zoom (whether by video or by telephone), you must register in advance no later than 3:00 p.m., one business day before the date of the hearing. To register for the video conference, click on the following link or manually enter the following link in a browser:

https://www.zoomgov.com/meeting/register/vJIsduqrrTIsGwLENmZWZhscEHry3et9jXQ

4. The Defendant, Theodore G. Borrego, must file a response to the Summary Judgment Motion, together with a separate and contemporaneously filed Statement of Material Facts,[1] no later than September 17, 2026. Failure to file a timely response and

---

[1] *See* Order Establishing Scheduling Conference and Establishing Procedures and Deadlines [DE #4] at ¶ 8.

Statement of Material Facts may result in the Court granting the motion without further notice or hearing.

5. The Plaintiff may file a reply in support of its Summary Judgment Motion and must file a Reply Statement of Material Facts no later than October 1, 2026.

6. The Plaintiff must file a response to the Defendants' Motion for Judgment on the Pleadings no later than September 17, 2026.

7. The Defendants may file a reply in support of their Motion for Judgment on the Pleadings no later than October 1, 2026.

8. The Pretrial Conference currently scheduled for October 1, 2026, is rescheduled for November 3, 2026 at 10:00 a.m. The Pretrial Conference will be conducted by video conference using the services of Zoom Video Communications, Inc.

9. To register for the video conference, click on the following link or manually enter the following link in a browser:

https://www.zoomgov.com/meeting/register/vJIsduqrrTIsGwLENmZWZhscEHry3et9jXQ

###

COPIES:

Kimberly Ross Clayson, Esq.
Jmes Schwatalla, Esq.